UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY ALEXANDER DILLINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>D. JEMISON, et al.,<br><br>Defendants. | Case No. 2:20-Cv-00474-PSG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Interim Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received.

IT THEREFORE IS ORDERED that (1) the Interim Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) defendant's Motion to Dismiss Second Amended Complaint (ECF No. 22) is denied; and (3) defendant shall file an answer to the Second Amended Complaint no later than forty-five (45) days from the date of acceptance of this Order.

DATED:
    3/4/21

                                               PHILIP S. GUTIERREZ
                                       UNITED STATES DISTRICT JUDGE